AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

**McALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>AKA: Maria Claudia Rodriguez-Segovia<br>TN: Maria Claudia Alejandra RODRIGUEZ-Segovia | United States District Court<br>Southern District Of Texas<br>FILED<br>DEC 19 2019<br>David J. Bradley, Clerk | **AMENDED**<br>**CRIMINAL COMPLAINT**<br>Case Number: M-19-3106-M |

JSH 12-19-2019

IAE   YOB: 1982
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 17 2019** in **Hidalgo** County, in the **Southern** District of **Texas**
(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Maria Claudia Rodriguez-Segovia was encountered by Border Patrol Agents near Mision, Texas on December 17, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 17, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on October 7, 2019 through Laredo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 18, 2019, the defendant was convicted of 8 USC 1326 Illegal Re-Entry Into the United States and sentenced to Time Served and one (1) year Supervised Released Term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA _Frances E. Blake_ on 12/19/2019.

Signature of Complainant

Sworn to before me and subscribed in my presence,

**William A. Dubois**
Printed Name of Complainant

**December 19, 2019**
Date

**J. Scott Hacker**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer